UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JACQUELINE kRETZMON,

                Plaintiff,

v.

                Civil No.: 11-CV-0704-A

ERIE COUNTY SHERIFF'S OFFICE,
,

                Defendant.

## NOTICE OF MOTION

| | |
|---|---|
| **NATURE OF ACTION:** | Title VII, 42 U.S.C. § 1983, Pendant State Law Claims. |
| **MOVING PARTY:** | Defendant Erie County Sheriff's Office |
| **DIRECTED TO:** | Plaintiff. |
| **DATE AND TIME:** | To be determined by the Court. |
| **PLACE:** | United States District Court for the Western District of New York, 68 Court Street, Buffalo, New York 14202. |
| **SUPPORTING PAPERS:** | Declaration of David J. Sleight and Memorandum of Law |
| **ANSWERING PAPERS:** | To be filed in accordance with this Court's briefing schedule. |
| **REPLY PAPERS:** | To be filed in accordance with this Court's briefing schedule. |
| **RELIEF REQUESTED:** | An Order granting Defendant's Motion to Dismiss under Rule 12(b) and awarding them costs and any other relief this Court deems just and proper. |

**ORAL ARGUMENT:**                    If deemed necessary by the Court.

Dated: September 19, 2011

**JEREMY A. COLBY, Erie County Attorney and Attorney for Defendant Erie County Sheriff's Office, DAVID J. SLEIGHT, of counsel**

/s/ David J. Sleight
Erie County Department of Law
95 Franklin Street, Room 1634
Buffalo, New York 14202
(716) 858-2200


TO: Lindy A. Korn, Esq.
   Attorney for Plaintiff
   535 Washington Street, 9th Floor
   Buffalo, New York   14203
   (716) 856-5676

   Charles L. Miller, II, Esq.
   Attorney for Plaintiff
   535 Washington Street, 9th Floor
   Buffalo, New York   14203
   (716) 856-5676

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JACQUELINE KRETZMON,

                Plaintiff,

v.

ERIE COUNTY SHERIFF'S OFFICE,

                Defendant.

Civil No.: 11-CV-0704-A

## DECLARATION OF DAVID J. SLEIGHT IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

I am an attorney admitted to practice before the Courts of the State of New York and make the following Declaration under the penalties of perjury:

1. I am an attorney at law admitted to practice before this Court and am an Assistant County Attorney to Jeremy A. Colby, Erie County Attorney, attorney for Defendant Erie County Sheriff's Office.

2. I make this Declaration in support of the Defendant's Motion to Dismiss pursuant to Rule 12(b).

3. Plaintiff asserts claims against Defendant for alleged violations of Title VII, 42 U.S.C. § 1983, and for pendant State Law claims. As relief, she seeks, *inter alia*, both compensatory and punitive damages

4. Defendant seeks dismissal of Plaintiff's Complaint, or portions thereof, on the separate and independent grounds that:

      a. The Sheriff's Office is not an entity subject to suit;

      b. Punitive damages are not recoverable against a municipality;

      c. Portions of Plaintiff's claim pursuant to N.Y. Labor Law § 740 are barred by the applicable statute of limitations;

      d. Plaintiff failed to comply with N.Y. Gen. Municipal Law § 50-e; and,

      e. Plaintiff's retaliation claims pursuant to Title VII and § 1983 are barred by the election of remedy provisions of N.Y. Labor Law § 740.

      5. For the reasons set forth here and in Defendant's Memorandum of Law, Defendant respectfully requests that this Court dismiss this action in its entirety.

DATED:    Buffalo, New York
              September 19, 2011

                                  JEREMY A. COLBY, Erie County Attorney, DAVID J. SLEIGHT, of counsel, Attorney for Defendant Erie County Sheriff's Office

/s/  David J. Sleight
Erie County Department of Law
95 Franklin Street, Room 1634
Buffalo, New York 14202
Telephone: (716) 858-2202
Email: David.Sleight@erie.gov

CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2011, I electronically filed the foregoing with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

Lindy A. Korn, Esq.
Attorney for Plaintiff
535 Washington Street, 9th Floor
Buffalo, New York   14203
lkk75atty@aol.com

Charles L. Miller, II, Esq.
Attorney for Plaintiff
535 Washington Street, 9th Floor
Buffalo, New York   14203
clmiller2atty@aol.com

/s/ David J. Sleight
David J. Sleight
Assistant Erie County Attorney
95 Franklin Street, Room 1634
Buffalo, New York  14202
(716) 858-2200

3