UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JACQUELINE KRETZMON,

           Plaintiff,

-vs-

ERIE COUNTY,

           Defendant.
_____

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Civil Action No. 1:11-cv-00794

    Plaintiff, JACQUELINE KRETZMON, and Defendant, ERIE COUNTY, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismiss this action with prejudice and except as otherwise agreed between the parties, each party shall bear its respective fees and costs.

DATED: November 16, 2017

Respectfully Submitted,

_____
Lindy Korn, Esq.
THE LAW OFFICES OF LINDY KORN
*Attorneys for Plaintiff*
Electric Tower, 9th Floor
535 Washington Street
Buffalo, New York 14203
(716) 856-5676
lkorn@lkorn-law.com

Respectfully Submitted,

_____
Julie P. Apter, Esq.
GOLDBERG SEGALLA LLP
*Attorneys for Defendant*
665 Main Street
Buffalo, New York 14203
(716) 566-5400
japter@goldbergsegalla.com